# UNITED STATES DISTRICT COURT

## Southern District of Indiana

*Roger A. G. Sharpe*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

September 14, 2022

Clerk of the Hamilton County Court
Hamilton County Superior Court
1 North 8th Street
Noblesville, IN 46060

Re: DOE I v. CERTIPHI SCREENING, INC.
Cause Number: 1:21−cv−02620−RLM−DLP
Your Cause Number: 29D01−1811−CT−011534

Dear Clerk:

Pursuant to Court order dated 9/14/2022, the above file is remanded to the Hamilton County Court.

Enclosed are copies of all documents filed in this cause since the petition for removal was filed on 10/12/2021. Also enclosed are certified copies of the docket and order of remand.

Please acknowledge receipt of the file by returning the enclosed copy of this letter to the undersigned.

Sincerely,

Roger A. G. Sharpe, Clerk

By: s/James D. Curry, Jr.
James D. Curry, Jr., Deputy Clerk

Received by:_____Date:_____